UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __11/2/17__

-----------------------------------------------------------x

LAWRENCE YOUNG, Individually and on behalf of all other persons similarly situated,

                        Plaintiff,

-against-

ETHAN ALLEN RETAIL, INC., ETHAN ALLEN INTERIORS, INC., AND ETHAN ALLEN GLOBAL, INC.,

                        Defendants.

-----------------------------------------------------------x

Index No.: 1:17-cv-06095-ER

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between Plaintiff Lawrence Young and Defendants Ethan Allen Retail, Inc., Ethan Allen Interiors, Inc., and Ethan Allen Global, Inc., ("collectively, the "Defendants") (together "the Parties"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, and have authorized their undersigned counsel to stipulate, consent and agree to dismiss the instant action with prejudice to Plaintiff.

It is hereby further stipulated and agreed, by and between the Parties, that within twenty-four (24) months, Defendants shall bring the Website, www.ethanallen.com (the "Website"), into substantial conformance with the Web Content Accessibility Guidelines (WCAG) 2.0 Level AA. *See Markett v. Five Guys Enterprises LLC*, 17-cv-788-KBF, ECF No. 33 (S.D.N.Y. July 21, 2017) (indicating that the WCAG 2.0 Level AA standard was an appropriate website accessibility standard in denying Defendant's motion to dismiss).

The requirement of substantial conformance will apply to and be inclusive of all pages within the Website, except those pages or applications that link to the pages identified but that are not controlled or operated by Defendants or their parents, subsidiaries or related entities.

Dated: October 17, 2017

ATTORNEYS FOR PLAINTIFF

By: _____
Douglas B. Lipsky
Bronson Lipsky LLP
630 Third Avenue, Fifth Floor
New York, New York 10017
Tel.: (212) 392-4772
dl@bronsonlipsky.com

Dated: October 17, 2017

ATTORNEYS FOR DEFENDANTS

By: _____
Joseph J. Lynett
Joseph J. DiPalma
Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, New York 10601
Tel.: (914) 872-8060
Joseph.Lynett@jacksonlewis.com
Joseph.Dipalma@jacksonlewis.com

The Court hereby approves the settlement and dismissal of the instant action with prejudice.

So ordered this 31st day of October, 2017

_____
Hon. Edgardo Ramos
United States District Judge

The Clerk is directed to close this case.

4827-2248-6865, v. 2